

Thursday, April 10, 2014

No. 14–0493/AR. U.S. v. William J. Grimes. CCA 20100720. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 23, 2014.